UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIDIET FIALLO; FABIOLA NAVARRO FIALLO; and A.F., M.F., and E.F.,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>UNITED SERVICES AUTOMOBILE ASSOCIATION and DOES 1–10,<br><br>　　　　　　　　　　　Defendants. | Case No.:  25-CV-318 W (SBC)<br><br>**ORDER GRANTING APPLICATION TO APPOINT GUARDIAN AD LITEM [DOC. 3]** |

　　　　Pending before the Court is an application by plaintiff Fabiola Navarro Fiallo for an order appointing Adriana Navarro as guardian ad litem for Plaintiffs A.F., M.F., and E.F. [Doc. 3].  The Court decides the matter on the papers submitted and without oral argument pursuant to Civil Local Rule 7.1(d)(1).

　　　　"A minor or an incompetent person who does not have a duly appointed representative may sue by a next friend or by a guardian ad litem.  The court must appoint a guardian ad litem—or issue another appropriate order—to protect a minor or incompetent person who is unrepresented in an action."  Fed. R. Civ. P. 17(c)(2).  This rule "requires a court to take whatever measures it deems proper to protect an incompetent person during litigation." *United States v. 30.64 Acres of Land, More or*

*Less, Situated in Klickitat Cty., State of Wash.*, 795 F.2d 796, 805 (9th Cir. 1986). "[T]he appointment of a guardian ad litem is more than a mere formalism. A guardian ad litem is authorized to act on behalf of his ward and may make all appropriate decisions in the course of specific litigation." *Id.* The question of whether to appoint a guardian ad litem is committed to the district court's sound discretion. *Id.*

The Application represents that: (1) A.F., M.F., and E.F. are minors with no general guardian; (2) Adriana Navarro is their maternal aunt; and (3) the proposed Guardian ad litem is competent and does not have any interest adverse to the minors' interests. (*Application* [Doc. 3].)

Given the foregoing findings of fact, the petition to appoint Adriana Navarro as guardian ad litem is **GRANTED**.

Adriana Navarro is hereby appointed as guardian ad litem for A.F., M.F., and E.F. for the purpose of prosecuting this action on their behalf.

**IT IS SO ORDERED.**

Dated: February 19, 2025

_____
Hon. Thomas J. Whelan
United States District Judge